UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRELL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　　Respondent. | No. 2:14-cv-2713 MCE AC P<br><br><br>ORDER |

Petitioner, a state prisoner, was proceeding pro se on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is petitioner's motion to appoint counsel, entered on October 11, 2016. ECF No. 33. The petition was dismissed as successive, judgement was entered, and the case was closed on March 30, 2016. ECF No. 31. Because the petition has been dismissed and the case was closed seven months ago, petitioner's present motion to appoint counsel is denied.

Petitioner has also filed a notice of change of address in which he indicates that he wants to obtain a certificate of appealability. ECF No. 34. Petitioner is advised that in dismissing the petition, the court declined to issue a certificate of appealability. ECF No. 30.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that petitioner's October 11, 2016 request for
2 appointment of counsel (ECF No. 33) is denied.
3 DATED: November 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE